ELLEN MULCAHEY, Respondent, *v.* THE EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant.

(Submitted December 15, 1887; decided January 17, 1888.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New-York, entered upon an order made November 12, 1884, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*John E. Develin* for appellant.

*William F. Howe* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

HAYDEN AND HAVENS COMPANY, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued December 16, 1887; decided January 17, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 24, 1885, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Edward Harris* for appellant.

*William Nathaniel Cogswell* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.